**IN RE: David H. SAFAVIAN, Respondent.**

Bar Registration No. 448540

No. 17–BG–85

District of Columbia Court of Appeals.

(Filed—April 13, 2017)

DDN: 297–16

BEFORE: Glickman and Beckwith, Associate Judges, and Farrell, Senior Judge.

### ORDER

PER CURIAM

On consideration of Disciplinary Counsel's report regarding petitioner's petition for reinstatement wherein Disciplinary Counsel informs the court that Mr. Safavian has demonstrated that he is fit to resume the practice of law, and it appearing that petitioner is eligible to file the petition for reinstatement, *see In re Safavian*, 29 A.3d 470 (D.C. 2011), it is

ORDERED that petitioner's petition for reinstatement is granted. It is

FURTHER ORDERED that David H. Safavian is hereby reinstated to the Bar of the District of Columbia.